**Order entered March 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01612-CV

**MARISSA FULLER, ET AL., Appellants**

**V.**

**BANK OF AMERICA N.A., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06186-B**

## ORDER

We **DENY** appellee's March 10, 2014 motion to dismiss the appeal for want of prosecution.

The reporter's record is past due. Accordingly, we **ORDER** Lanetta Williams, Official Court Reporter for County Court at Law No. 2 of Dallas County, Texas, to file, on or before **APRIL 23, 2014**, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellants have not requested or made payment arrangements for the record. *We notify appellants that if we receive verification of no request or no payment, we will order the appeal submitted without a reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Lanetta Williams, appellants, and counsel for appellee.

/s/ ADA BROWN
JUSTICE